IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM B. HARRIS, II, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. 1:14- CV-03395-WDQ |
| HOUSING AUTHORITY OF BALTIMORE CITY, et al. | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff William B. Harris, by his undersigned counsel, along with Defendant Housing Authority of Baltimore City, by its undersigned counsel, pursuant to Rule 41(a)(1) (A) (ii) of the Federal Rules of Civil Procedure voluntarily stipulates to the dismissal with prejudice Plaintiff's Complaint as amended and as grounds therefore says:

1. Federal Rule 41 provides:

Rule 41. Dismissal of Actions
(a) Voluntary Dismissal.
(1) *By the Plaintiff.*
(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
  (ii) a stipulation of dismissal signed by all parties who have appeared.
(B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

2. Plaintiff initiated this action by filing a Complaint in the United States District Court for the District of Maryland on or about October 28, 2014 against the Housing Authority of Baltimore City ("HABC").

3. On October 30, 2015 Defendant HABC filed its initial answer.

4. Discovery in this case ends October 31, 2016. The parties having engaged in discovery and Plaintiff having had an opportunity to evaluate his case, Plaintiff now seeks the voluntary dismissal with prejudice of his claims in their entirety.

5. Defendant HABC is aware of and consents to this voluntary dismissal with prejudice on the condition that the dismissal is with prejudice.

WHEREFORE, the parties stipulate to the voluntary dismissal with prejudice of Plaintiff's claims in their entirety.

Respectfully submitted,

_____
Kim Parker, Attorney,
Federal Bar No.
Law Offices of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore Maryland 21218
kp@kimparkerlaw.com


Attorney for Plaintiff
William B. Harris, II

_____
Carrie Blackburn Riley
Federal Bar No.22778
Blackburn Riley, LLC

828 Dulaney Valley Road, Suite 4
Baltimore, Maryland 21204
410-825-8088
410-321-4944 FAX
cbr@BlackburnRiley.com

Attorney for Defendant
Housing Authority of Baltimore City